IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

GORDON JEWISH COMMUNITY CENTER,

    Plaintiff

v.                                                   **3:25-cv-1438**

GOYIM DEFENSE LEAGUE, et al.,        JURY DEMAND
                                                                       Judge Trauger

    Defendants

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO RESPOND TO LAWSUIT**

---

Defendants (1) Jon Minadeo and (2) 'Goyim Defense League' both move for an extension in which to file any answer or Rule 12 motion. Minadeo believes that he was served on December 12, 2025, meaning that the responses would be due today. (The Defendants would probably take the position that Goyim Defense League is not a real entity and cannot be sued, making it unclear about whether "Goyim Defense League" has been served simply by serving Minadeo, but they do not plan to challenge the service.) The Defendants request that the responses be due instead on **January 16, 2026**.

As grounds, the lawsuit is relatively lengthy and complicated — over 200 paragraphs and with multiple claims — and also undersigned counsel was just hired and informed of the service a couple evenings ago. Also, undersigned counsel has other matters with deadlines in the near future, such as an appellate brief due

1

January 5, that he is needing to work on today. Notably, the case management conference is still a good ways off.

*Undersigned counsel certifies that he consulted with opposing counsel Ben Raybin, and the Plaintiff does not object to the extension.*

## CONCLUSION

WHEREFORE, Jon Minadeo and Goyim Defense League ask for until January 16, 2025 to respond to the lawsuit.

Respectfully submitted,

/s/ Drew Justice
Drew Justice #29247
Attorney for Jon Minadeo and Goyim
    Defense League
1902 Cypress Drive
Murfreesboro, TN 37130
(615) 419-4994
drew@justicelawoffice.com

### Certificate of Service

The undersigned lawyer certifies that this January 2, 2025, he has delivered this motion by ECF to Ben Raybin, 424 Church Street, Suite 2120, Nashville, TN 37219 <benraybin@nashvilletnlaw.com>.

/s/ Drew Justice
Drew Justice #29247
