> Motion GRANTED.
> Extension to 2/20/2026.
>
> *[signature]*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| GORDON JEWISH COMMUNITY CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>GOYIM DEFENSE LEAGUE, PAUL MILLER, JON MINADEO II, TRAVIS GARLAND, JASON BEAVER, JOHN DOES 1-3, and JANE DOES 1-3,<br><br>    Defendants. | Case No. 3:25-cv-01438 |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

COMES NOW Plaintiff, Gordon Jewish Community Center ("Plaintiff"), and, pursuant to Fed. R. Civ. P. 6(b) and Rule 6.01 of the Local Rules of the Court for the Middle District of Tennessee, respectfully requests a fourteen-day extension of the current deadline in which to file a response in opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction (the "Motion") (Doc. No. 17). In support of this motion, Plaintiff states the following:

1. Defendants Goyim Defense League and Jon Minadeo II filed their Motion on January 16, 2026.

2. Pursuant to Local Rule 7(f), Plaintiff's response is due February 6, 2026.

3. Due to the impact of the current winter storms on attorneys' capacities as well as the personal and professional obligations of undersigned counsel that limit their ability to satisfy the current February 6, 2026, deadline, Plaintiff respectfully requests a fourteen-day extension to

1