IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GORDON JEWISH COMMUNITY CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:25-cv-1438 |
| | ) | Judge Trauger |
| GOYIM DEFENSE LEAGUE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Given the pendency of two Motions to Dismiss (Doc. Nos. 17, 19), it is hereby ORDERED that the initial case management conference scheduled for March 23, 2026 is CONTINUED, to be reset, if appropriate, after disposition of these motions.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE