# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
## Nashville Division

| | |
|---|---|
| Gordon Jewish Community Center | Case No. 3:25-cv-01438 |
| v. | |
| Goyim Defense League, Paul Miller, Jon Minadeo II, Travis Garland, Jason Beaver, John Does 1-3, and Jane Does 1-3 | Judge Aleta A. Trauger |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Brant Levine hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Gordon Jewish Community Center.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court: United States Court of Appeals for the Fourth Circuit

   Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

   N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

   N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

   N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Ben Raybin
Raybin & Weissman
424 Church Street, Suite 2120
Nashville, TN 37219

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Brant Levine _____ Signature

Name: Brant Levine
State where admitted and State Bar Number: District of Columbia, #472970
Business Address: 400 Washington Avenue, Montgomery, AL 36104
Local Address [if different from above]: 424 Church Street, Ste 2120, Nashville, TN 37219
Phone: (771) 215-8661
Email: brant.levine@splcenter.org

# CERTIFICATE OF SERVICE

[Include certificate of service if required by Fed. R. Civ. P. 5(d)(1)(B) and attach as separate page if necessary due to space constraints.]

I, Ben Raybin, hereby certify that on March 16, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to counsel of record via the ECF system, and mailed a copy with postage prepaid to the pro se defendants at their last known addresses as listed below:

Travis Garland
1108 Cherry Street
Alcoa, Tennessee 37701
and
153 Louella Drive
Maryville, Tennessee 37803

Paul Miller
179 Easton Avenue Apt 1
New Brunswick, NJ 08901
and
978 Livingston Avenue
North Brunswick, NJ 08902

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 10 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

Attorneys with CM/ECF filing privileges in this Court may file Motions for Admission *Pro Hac Vice* via CM/ECF. For movants who do not yet have CM/ECF filing privileges, local counsel may file Motions for Admission *Pro Hac Vice* on their behalf. Additionally, counsel may file the Motion  phv@tnmd.uscourts.gov.



# CERTIFICATE OF GOOD STANDING

I, Nwamaka Anowi, Clerk of this Court, certify that __Brant S. Levine__ was duly admitted to practice in this Court on __December 26, 2019__, and is in good standing in this Court.

Dated at Richmond, Virginia, on __March 12, 2026__.

Nwamaka Anowi
CLERK

A True Copy NWAMAKA ANOWI
Clerk of the United States Court of Appeals
for the Fourth Circuit
_Nwamaka Anowi_