**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

GORDON JEWISH COMMUNITY CENTER,   )
            )
    Plaintiff,                  )
            )
v.                            )     Civil No.  3:25-cv-1438
            )     Judge Trauger
GOYIM DEFENSE LEAGUE, ET AL.,    )
            )
    Defendants.           )

## ORDER

On January 23, 2026, the plaintiff filed a Motion to Dismiss Defendant Garland's Counterclaim (Doc. No. 19), to which no timely response has been filed. The motion reflects that it was mailed to defendant Garland where he was presently housed at a correctional center. Local Rule 7.01(a)(3) states that, if no timely response is filed to such a motion, "the motion shall be deemed to be unopposed." For this reason, the Plaintiff's Motion to Dismiss Defendant Garland's Counterclaim is hereby GRANTED.

The Clerk shall mail a copy of this Order to defendant Garland at the address reflected on the docket of this case.

**IT IS SO ORDERED.**

 

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE