Motion GRANTED
ICMC reset for 11/2/2026 at 3:30 P.M.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

GORDON JEWISH COMMUNITY CENTER,

Plaintiff

v.

**3:25-cv-1438**

GOYIM DEFENSE LEAGUE, et al.,

Defendants

JURY DEMAND
Judge Trauger

---

**MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

---

Defendants Jon Minadeo and Goyim Defense League hereby move to re-schedule the case management conference currently set for October 19, 2026. As grounds, their counsel is required to attend a preliminary hearing that afternoon in Coffee County on a First Degree Murder case. Also, that criminal defendant is incarcerated, and the hearing has already been long delayed. Although the hearing is formally set for 1:00 p.m. (whereas our conference is set at 4:00 p.m.), it is very common for preliminary hearings in Coffee County set at 1:00 p.m. not to get started until 2:00 or 3:00. And since it is a serious case, it may be somewhat lengthy. Further, a typical drive time from Coffee County to Nashville would be roughly one and a half hours.

Undersigned counsel certifies that he has consulted with opposing counsel Huey Garcia (Plaintiff) and Olin Baker (Defendant Beaver) by email, and they do