**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| GORDON JEWISH COMMUNITY CENTER<br>Plaintiff, | ) | |
| v. | ) | Civil No. 3:25-cv-1438<br>Judge Trauger |
| GOYIM DEFENSE LEAGUE, ET AL<br>Defendants. | ) | |

**ORDER CONCERNING UPCOMING**
**<u>INITIAL CASE MANAGEMENT CONFERENCE</u>**

The initial case management conference in this case is scheduled for November 2, 2026 at 3:30 P.M..

District Judge Aleta Trauger conducts her own initial case management conferences, and they are held **<u>IN PERSON</u>**, not by videoconference or telephone. Counsel is reminded that, as stated in the Notice setting the initial case management conference issued at the beginning of the case, **<u>LEAD COUNSEL</u>** for each party is required to attend the initial case management conference unless excused by order of the court.

**IT IS SO ORDERED.**

ALETA A. TRAUGER
U.S. DISTRICT JUDGE